UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 07-60020-CR-MARRA

*JUDGE PATTERSON*

UNITED STATES OF AMERICA

vs.

LESLIE RATTET,

07 CRIM. 289

Defendant.
_____/

FILED 2007 MAR 28 PM 3:42
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - WPB

## Consent to Transfer of Case for Plea and Sentence

I, Leslie Rattet, defendant, having been informed that an indictment is pending against me in the above-styled case, I wish to plead guilty to the offense charged. I hereby consent, pursuant to Fed. R. Crim. P. 20, to the transfer of this case to the Southern District of New York. I additionally agree to the ultimate disposition of this case in the Southern District of New York, and waive all further proceedings, including trial, in the Southern District of Florida.

Dated: 3/12/07, 2007

_____
Leslie Rattet, Defendant

_____
(Witness)

BOBBI C. STERNHEIM, ESQ.

FOR: Christopher Bruno, Esquire
Attorney for Defendant

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 1 2 2007

Approved:

_____
MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York

_____
R. ALEXANDER ACOSTA
United States Attorney for the
Southern District of Florida