USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/4/07

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 2, 2007

MAY - 3 2007

CHAMBERS OF
JUDGE ROBERT P. PATTERSON

**BY HAND**

The Honorable Robert P. Patterson
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

    Re:    <u>United States v. Leslie Rattet,</u>
            07 Cr. 289 (RPP)

Dear Judge Patterson:

    The Government respectfully submits this letter, jointly with the defendant, to request that a date be scheduled for the defendant's plea, but that that date be set approximately four weeks from today. By way of background, defendant Leslie Rattet has separately pled guilty to a multi-count fraud indictment before the Honorable Loretta A. Preska and is soon scheduled to be sentenced. <u>United States v. Rattet, et al.</u>, S2 04 Cr. 417 (LAP). Following Rattet's plea in that case, he was indicted in the Southern District of Florida and he has agreed to plead guilty to those charges in this District pursuant to Rule 20 of the Federal Rules of Criminal Procedure. Rattet's co-defendant in the Florida case has also agreed to plead guilty pursuant to Rule 20 in the Eastern District of New York in <u>United States v. Ferreiras</u>, 07-CR-325-LW (E.D.N.Y.), but there is a pending issue before the Honorable Leonard Wexler in that case about whether Rattet's attorney, Christopher Bruno, can also simultaneously represent defendant Ferreiras. Although Rattet is prepared to plead guilty before the Court, the parties believe it more appropriate to await the resolution of the conflict issue before Judge Wexler so we do not have to raise that same issue before the Court. Accordingly, the parties respectfully request a date about four weeks from today for the guilty plea proceedings, at which time the parties will advise the Court about the resolution of the conflict issue.

    Further, the Government respectfully requests that the time between today and the date set for the guilty plea proceedings be excluded under the Speedy Trial clock based on a finding that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial under 18 U.S.C. § 3161(h)(8)(A), to allow the potential conflict issues relating to defendant Rattet's attorney to be resolved and to allow for the pre-trial resolution of the case. Christopher Bruno, Esq., counsel for the defendant Rattet, has indicated his consent to this exclusion

*[Handwritten endorsement:]* Application granted. Conference adjourned to 5/30/07 at 4PM. Time is excluded under the Speedy [Trial] Act in the interests of justice. So ordered. Robert P. Patterson, USDJ 5/3/07

The Honorable Robert P. Patterson
May 2, 2007
Page 2

of time.

    Thank you for your consideration.

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney

              By:       _____
                              Alexander H. Southwell
                              Assistant United States Attorney
                              (212) 637-2417

cc:    Christopher Bruno, Esq. (via facsimile)