UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                                    ORDER
                           v.                            07CR 289(RPP)

LESLIE RATTET,
                          Defendant.
------------------------------------------------------------X

The C.J.A. attorney assigned to receive cases on this day, <u>Ed Wilford</u>, is assigned to consult with the above named defendant regarding a possible conflict of interest with his present counsel.

                                            SO ORDERED.

                                            Robert P. Patterson, Jr.
                                            U.S.D.J.

Dated: <u>June 8, 2007</u>
       New York, New York

cc: CJA Clerk