

# BRUNO & DEGENHARDT
### ATTORNEYS AT LAW
10615 JUDICIAL DRIVE, SUITE 703
FAIRFAX, VIRGINIA 22030
TELEPHONE (703) 352-8960
FACSIMILE (703) 352-8930

CHRISTOPHER BRUNO
ADMITTED N.Y. D.C. AND VA.

JANE DEGENHARDT BRUNO
ADMITTED N.Y. AND D.C.

May 16, 2008

**BY FACSIMILE (212) 805-7941**
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street, Room 1030
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/08

Re: *United States v. Leslie Rattet*, S2 04 Cr. 417 (LAP)
   *United States v. Leslie Rattet*, 07CR289(LAP)

Dear Judge Preska:

I represent Mr. Rattet in connection with the above-referenced consolidated cases and he is currently scheduled to be sentenced on August 18, 2008. At the time that the parties jointly agreed to reschedule Mr. Rattet's sentencing for the 18th, I did not realize that I was committed to be out-of-town assisting my son in moving back to college in the Mid-West.

I have spoken with AUSA Rita Glavin and the Government has no objection to the request to reschedule the sentencing. I also took the liberty of speaking with Your Honor's Courtroom Deputy and she indicated that the sentencing could be rescheduled for September 5, 2008, at 10:00 a.m. It is respectfully requested that the Court reschedule the sentencing for that date.

Thank you for your consideration regarding this matter.

Respectfully submitted,

Christopher Bruno

So ordered
Loretta A. Preska
USDJ
August 12, 2008

cc: AUSA Rita M. Glavin