FROM DOJ/CRIMINAL                              (MON) 9. 8'08 18:19/ST. 18:19/NO. 4861153041 P 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/08

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 8, 2008

**BY FACSIMILE**
The Honorable Loretta A. Preska
Southern District of New York
United States Courthouse, 500 Pearl Street
New York, New York 10007
(212) 805-7941

      Re:    **United States v. Leslie Rattet**
            **S2 04 Cr. 417 (LAP); 07 Cr. 00289**

Dear Judge Preska:

    The Government respectfully requests that the sentencing in the above-referenced matter be scheduled for Friday September 12, 2008 at 10:30 a.m. Counsel for the defense consents to this request.

SO ORDERED
*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
September 9, 2008

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: */s/ Rita M. Glavin*
Rita M. Glavin
Assistant United States Attorney
(212) 637-2208

cc:    Christopher Bruno, Esq. (Fax 703-352-8930)
       Richard Goldberg, Esq.