UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/08

---------------------------------

UNITED STATES OF AMERICA

    -v-

LESLIE RATTET,

                  *Defendant.*

S2 04 Cr. 417 (LAP)
07 Cr. 00289 (LAP)

---------------------------------x

    Pursuant to the unopposed motion granted on September 12, 2008, it is hereby ordered that the bail set in this matter consisting of a two hundred thousand ($200,000.00) dollar Corporate Surety bond posted by The Bail Bond Firm/International Fidelity Insurance Company (Bond POA# II – 1450) along with a Personal Recognizance Bond in the amount of five hundred thousand ($500,000.00) dollars, co-signed by Mr. Rattet's wife, is exonerated.

Dated:    New York, New York
           September 17, 2008

SO ORDERED:    */s/ Loretta A. Preska*
                        Hon. Lorretta A. Preska
                        U.S.D.J.